ABRAHAM JACOBS, Appellant, *v.* ROBERT R. TIETENBERG et al., Respondents.

*Jacobs* v. *Tietenberg*, 164 App. Div. 943, appeal dismissed.
(Submitted May 24, 1915; decided June 1, 1915.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 2, 1914, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at Special Term in an action to recover commissions.

The motion was made upon the grounds that an appeal did not lie as of right to the Court of Appeals and that the required undertaking had not been filed.

*Abraham Benedict* for motion.

*Joseph M. Williams* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.